| | | | |
|---|---|---|---|
| DATE | June 7, 2017 | CASE NUMBER | 1:17-mj-110 |
| LOCATION | Beaumont | | |
| JUDGE | KEITH F. GIBLIN | USA | John Ross    Assigned |
| DEPUTY CLERK | Kyla Dean | VS | John Ross    Appeared |
| RPTR/ECRO | Kyla Dean (FTR) | | |
| USPO | Carl Tucker | BRANDON TURNER | |
| INTERPRETER | | Defendant | |
| BEGIN | 2:35 pm | Gary Bonneaux | |
| ☐ Interpreter Sworn | | Attorney | |

- ✔ INITIAL APPEARANCE ON RULE 5(c) PROCEEDINGS
- ☐ SUBSEQUENT INIT APPEARANCE ON:_____
- ✔ Hearing Held    ☐ Hearing Called
- ✔ Dft appears:   ☐ with   ✔ w/o cnsl   ☐ pro se   ☐ Cnsl appears on behalf of deft

Appears on: ☐ Complaint ☐ Indictment ☐ Information ☐ Violation of pretrial release ✔ Warrant for Arrest of Material Witness
☐ Dft files Waiver of Indictment; ☐ Dft advised of right to grand jury consideration
☐ Information (felony)       ☐ . . . . . Information (misdemeanor)     ☐ . . . . . Information (sealed)
☐ Indictment unsealed         ☐ . . . . . Information unsealed          ☐ . . . . . Complaint unsealed
✔ Date of arrest: 06/7/2017     or   ✔ Rule 5(c)   (dist & case #) WD/LA   14-131 "N"
✔ Dft Sworn   ✔ advised of charges   ☐ advised of maximum penalties   ✔ advised of right to remain silent;
       ✔ advised of right to counsel   ☐ advised of right to Prel. Hrg.   ☐ advised of right to waive Prel. Hrg.

☐ Waiver of Preliminary Exam/Hearing   ☐ Waiver of Rule 5(c) Hearings   ☐ Advised of Rule 20   ☐ Advised of Immigration
☐ Dft first appearance with counsel   ☐ CJA   ☐ Retained   USPD
☐ Dft advises the Court that he/she   ☐ has counsel who is _____ or, ☐ will hire counsel.
✔ Dft Requests appointed counsel, is sworn & examined re: financial status.
✔ Financial affidavit was executed.   Court finds the defendant ☐ able   ✔ unable to employ counsel.
☐ CJA Panel Attorney_____ appointed   ✔ U.S. Pub Defender Gary Bonneaux appointed
☐ CJA Voucher entered
☐ Gvt motion for detention   ☐ Gvt m/continue detention hrg.   ☐ Order granting m/ continue of detention hrg.
☐ Dft bond   ☐ set   ☐ reset   to $ 50,000   ☐ cash   ☐ surety   ☐ PR   ☐ unsecured
☐ Order setting conditions of release   ☐ Bond executed, dft released;   ☐ Not executed at this time
☐ Dft ordered to answer in prosecuting district   ☐ State Charges   ✔ Commitment to Another District
☐ Order of Detention   ☐ Temp Detention Pending Hearing   ☐ Dft remain released on conditions
✔ Dft remanded to custody of U.S. Marshal;   ✔ Dft ordered removed to Originating District
☐ Dft Oral Motion _____   ☐ Oral Court Order _____
☐ Gvt Oral Motion FOR DETENTION   ☐ Oral Court Order _____
☐ Dft failed to appear   ☐ Oral order for arrest warrant;   ☐ bond forfeited
☐ Exhibit List   ☐ Witness List   ✔ Minutes Filed

**CRIM 92-116**                                        2:41 pm   Adjourn
                                                       Total Court Time   6 min

**CRIM 92-114**        ☐ See reverse/attached for additional proceedings _____ Adjourn