

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | CRIMINAL NO: 1:17MJ110 |
| | § | |
| BRANDON TURNER | § | |

### ORDER OF COURT APPOINTING COUNSEL

Because the above-names defendant has testified under oath or has otherwise satisfied this Court that defendant (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender, is hereby **APPOINTED** to represent this person in the above-designated case.

The appointment shall remain in effect until terminated or a substitute attorney is appointed.

SIGNED this 7TH day of June 2017.

_____
KEITH F. GIBLIN
U.S. MAGISTRATE JUDGE