✎ AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __TEXAS__

| UNITED STATES OF AMERICA<br>V.<br><br>BRANDON TURNER | **COMMITMENT TO ANOTHER DISTRICT** |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 14-131-N | 1:17MJ110 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐   Information ☐   Complaint ☐   ✔ Other (specify) Warrant for Failure to Appear and Testify at Trial

**charging a violation of** _____ **U.S.C. §** _____

**DISTRICT OF OFFENSE**
EASTERN DISTRICT OF LOUISIANA - NEW ORLEANS

**DESCRIPTION OF CHARGES:**
Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case who was served a subpoena to appear and failed to appear in front of The Honorable Kurt D. Engelhart

**CURRENT BOND STATUS:**

☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
✔ Other (specify) Detained per the Warrant for Failure to Appear - NO BOND - Judge Engelhart to determine if a bond will be set since Mr. Turner is a material witness for trial

**Representation:**   Retained Own Counsel ☐   ✔ Federal Defender Organization   CJA Attorney ☐   None ☐

**Interpreter Required?**   ✔ No   Yes ☐   Language: _____

## DISTRICT

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_June 7, 2017_                        _/s/ [signature]_
Date                                    United States Judge or Magistrate Judge

## RETURN

**This commitment was received and executed as**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |